# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of March, two thousand and fifteen.

_____

Amarjit S. Virk, M.D.,
   Plaintiff-Appellant,

v.

Maple-Gate Anesthesiologists, P.C., Jon Grande, M.D.,
   Defendants-Appellees.

_____

**ORDER**
Docket No. 15-513

A notice of appeal was filed in this case on February 21, 2015. Since at least one motion cited in Federal Rule of Appellate Procedure 4(a)(4) has been filed in the district court, this appeal is stayed pending resolution of the motion(s).

Appellant is directed to inform this Court in writing of the status of the motion(s) within 14 days of the date of this order, thereafter at 30-day intervals, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court