# ZDARSKY, SAWICKI & AGOSTINELLI LLP

ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DAVID E. GUTOWSKI
DANIEL J. BOBBETT

OF COUNSEL
K. MICHAEL SAWICKI

FAX: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

March 23, 2015

**VIA ELECTRONIC FILING**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    Virk vs. Maple-Gate Anesthesiologists
            Docket No. 15-513cv
            WDNY Docket No.14-CV-381(WMS)

Dear Ms. O'Hagan Wolfe:

    Pursuant to this Court's March 9, 2015 Order (Doc. # 16) staying the instant appeal, this letter is Plaintiff-Appellant's initial 14 day report on the status of his motion for reconsideration, filed February 18, 2015 in the Western District of New York (WDNY Item 17). On March 9, 2015, Defendants-Respondents filed a memorandum in opposition (WDNY Item 19). On March 16, 2015, appellant filed a reply brief (WDNY Item 20 ). Oral argument has not been scheduled by the district court.

    Thank you for your kind attention to this matter.

                                      Very truly yours,

                                      Gerald T. Walsh

cc:    Robert C. Weissflach, Esq.