ZDARSKY, SAWICKI & AGOSTINELLI LLP

ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DAVID E. GUTOWSKI
DANIEL J. BOBBETT

OF COUNSEL
K. MICHAEL SAWICKI

FAX: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

April 22, 2015

**VIA ELECTRONIC FILING**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re:  Virk vs. Maple-Gate Anesthesiologists
     Docket No. 15-513cv
     WDNY Docket No.14-CV-381(WMS)

Dear Ms. O'Hagan Wolfe:

  Pursuant to this Court's March 9, 2015 Order (Doc. # 16) staying the instant appeal, this letter is Plaintiff-Appellant's 30 day update on the status of his motion for reconsideration, filed February 18, 2015 in the Western District of New York (WDNY Item 17). In March, defendants-respondents' memorandum in opposition (WDNY Item 19) and appellant's reply brief were submitted (WDNY Item 20), as indicated in my initial 14 day status letter of March 23, 2015. Oral argument has not been scheduled by the district court. No further entries have been made on the docket.

  Thank you for your kind attention to this matter.

              Very truly yours,

              Gerald T. Walsh

cc:  Robert C. Weissflach, Esq.